IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
                                :
CERTAIN PLAINTIFFS              : Consolidated Under
                                : MDL DOCKET NO. 875
     v.                         :
                                :
CERTAIN DEFENDANTS              :
                                :

FILED
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

### RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES ORIGINALLY FILED IN THE EASTERN DISTRICT OF PENNSYLVANIA

**AND NOW**, this **6th** day of **August 2009**, it is hereby **ORDERED** that a rule to show cause hearing and/or a status and scheduling conference will be held in the captioned cases[1] on **Wednesday, September 9, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case. Plaintiff's counsel in each case must be prepared to state why the case should not be dismissed for lack of prosecution.

It is further **ORDERED** that failure to appear at the hearing and/or conference shall result in the dismissal of the case.

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl975.asp.

1

It is further **ORDERED** that counsel for each plaintiff appearing at the conference shall be prepared to provide the following information to the court:

    a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

    b.) Each defendant that plaintiff now desires to dismiss from the action.

    c.) Each defendant that is currently in bankruptcy with a claim pending.

    d.) Each unsettled defendant not in bankruptcy ("unsettled defendants").

It is further **ORDERED** that, as to all unsettled defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court[2]:

    a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

    b.) Any outstanding discovery.

    c.) Any discovery that is still needed and a timetable for its completion.

    d.) Whether the plaintiff has obtained a medical diagnosing report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide

---

[2] A written report for submission to the court is not necessary, however, counsel must be prepared to provide this information to the court promptly when the case is called.

the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

It is further **ORDERED** that, it appearing that the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

_____
       EDUARDO C. ROBRENO, J.

3

## EXHIBIT "A"

| E.D. PA Case Number | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|
| 2:89-cv-07339-JG | Claire C. Mays | SCHWARTZ, JEFFREY |
| 2:89-cv-07365-JG | Gilbert Dyer (sr) Steckline | SCHWARTZ, JEFFREY |
| 2:89-cv-09197-JG | Francis McGovern | PAUL, ROBERT |
| 2:89-cv-09216-JG | Frances Wowak | HANNAWAY, E. |
| 2:89-cv-09217-JG | John J. McCready | HANNAWAY, E. |
| 2:89-cv-09218-JG | Floyd W. Fryer | HANNAWAY, E. |
| 2:89-cv-09219-JG | Edna M. Zettlemoyer | HANNAWAY, E. |
| 2:89-cv-09225-JG | Earl J. Gray | PAUL, ROBERT |
| 2:89-cv-09227-JG | Kathleen Souden | BROWN, LAURENCE |
| 2:89-cv-09229-JG | Dorothy Ahern | BROWN, LAURENCE |
| 2:89-cv-09230-JG | MERLE MCCULLOUGH | BROWN, LAURENCE |
| 2:89-cv-09232-JG | Theresa O'Brien | BROWN, LAURENCE |
| 2:89-cv-09235-JG | Joseph M. Leach | DION, SAMUEL |
| 2:89-cv-09237-JG | John G. Shihadeh | PERLBERGER, NORMAN |
| 2:90-cv-00019-JG | Gloria Cascino | BROWN, LAURENCE |
| 2:90-cv-00020-JG | Betty Carpenter | BROWN, LAURENCE |
| 2:90-cv-00021-JG | MARY CANNON | BROWN, LAURENCE |
| 2:90-cv-00022-JG | FLOYD RUDNIK | BROWN, LAURENCE |
| 2:90-cv-00026-JG | EUGENE FUSCO | REICH, ALAN |
| 2:90-cv-00034-JG | Helen Gacek | FORCENO, RAYMOND |
| 2:90-cv-00035-JG | Joy Flattery | FORCENO, RAYMOND |
| 2:90-cv-00036-JG | Elizabeth Farris | FORCENO, RAYMOND |
| 2:90-cv-00037-JG | Leona Evely | FORCENO, RAYMOND |
| 2:90-cv-00038-JG | Eugene G. (sr) Eberl | FORCENO, RAYMOND |
| 2:90-cv-00039-JG | Gertrude Andros | FORCENO, RAYMOND |
| 2:90-cv-00040-JG | Carmella Amorosa | FORCENO, RAYMOND |
| 2:90-cv-00041-JG | THEODORE C. ESSEX | PINTO, NICHOLAS |
| 2:90-cv-00048-JG | JOSEPH JAKSTIS | LONG, JAMES |
| 2:90-cv-00062-JG | FRANK KEMP | FORCENO, RAYMOND |
| 2:90-cv-00063-JG | Ethel Pike | FORCENO, RAYMOND |
| 2:90-cv-00064-JG | Alton R. Scutt | FORCENO, RAYMOND |
| 2:90-cv-00065-JG | Dorothy Sircovitch | FORCENO, RAYMOND |
| 2:90-cv-00066-JG | Anthony F. Szdlowski | FORCENO, RAYMOND |
| 2:90-cv-00067-JG | Harry P. Szymanski | FORCENO, RAYMOND |
| 2:90-cv-00068-JG | Linvel L. Wilkinson | FORCENO, RAYMOND |
| 2:90-cv-00072-JG | CHARLES H. BARTELS | SHEIN, JOSEPH |
| 2:90-cv-00078-JG | JACQUES DESSENDER | LONG, JAMES |
| 2:90-cv-00086-JG | HOWARD GUMILAR | BROWN, LAURENCE |
| 2:90-cv-00102-JG | BARBARA A. WARD | GREENWOOD, JUDY |
| 2:90-cv-00103-JG | CHRISTOPHER HALBACH | PAUL, ROBERT |
| 2:90-cv-00104-JG | ANN REYNOLDS | GREENWOOD, JUDY |
| 2:90-cv-00105-JG | MARTIN CZARNECKI | GREENWOOD, JUDY |
| 2:90-cv-00106-JG | ALICE B. BETTERLY | GREENWOOD, JUDY |
| 2:90-cv-00135-JG | WILLIE R. HAYES | PERLBERGER, NORMAN |
| 2:90-cv-00141-JG | CLARENCE SHUE | LEH, MICHAEL |
| 2:90-cv-00143-MT | Andrew J. Slachiak | FORCENO, RAYMOND |
| 2:90-cv-00144-JG | Ralph L. Spradling | FORCENO, RAYMOND |
| 2:90-cv-00145-JG | Dorothy Tomczyk | FORCENO, RAYMOND |

| | | |
|---|---|---|
| 2:90-cv-00146-JG | Henry B. Wisniewsky | FORCENO, RAYMOND |
| 2:90-cv-00147-JG | Dolores Zydel | FORCENO, RAYMOND |
| 2:90-cv-00214-JG | CATHERINE FOSTER | WEINFELD, DAVID |
| 2:90-cv-00215-JG | HIRAM D. HALL | WEINFELD, DAVID |
| 2:90-cv-00216-JG | ESTHER BLAKNEY | WEINFELD, DAVID |
| 2:90-cv-00219-JG | John P. Kelly | POWELL, KENNETH |
| 2:90-cv-00232-JG | GUSSELLE GELZER | BROWN, LAURENCE |
| 2:90-cv-00237-JG | REGINA DUGAN | LEH, MICHAEL |
| 2:90-cv-00256-JG | CHARLES KURNITSKY | BALEFSKY, LEE |
| 2:90-cv-00277-JG | JANE L. BROWNING | SHEIN, JOSEPH |
| 2:90-cv-00292-JG | DAVID L. BOVARD | PERLBERGER, NORMAN |
| 2:90-cv-00305-JG | LILLIAN GRAYSON | COHEN, MITCHELL |
| 2:90-cv-00306-JG | CHARLOTTE FLUCK | COHEN, MITCHELL |
| 2:90-cv-00309-JG | Jacqueline Fenton | PERLBERGER, NORMAN |
| 2:90-cv-00340-JG | Patricia Cairns | LONG, JAMES |
| 2:90-cv-00344-JG | DAN BOROTA | SCHWARTZ, RICHARD |
| 2:90-cv-00399-JG | Frank J. Letavish | FORCENO, RAYMOND |
| 2:90-cv-00400-JG | Frank J. Chiappetta | FORCENO, RAYMOND |
| 2:90-cv-00403-JG | John L. Donuis | FORCENO, RAYMOND |
| 2:90-cv-00404-JG | Donald E. Runk | FORCENO, RAYMOND |
| 2:90-cv-00409-JG | Kathleen Brown | LONG, JAMES |
| 2:90-cv-00410-JG | Marie H. Barron | LONG, JAMES |
| 2:90-cv-00411-JG | EDWARD JARASZ | LONG, JAMES |
| 2:90-cv-00412-JG | DENNIS ROBINSON | LONG, JAMES |
| 2:90-cv-00435-JG | HARRY T. MCCARTHY | BROWN, LAURENCE |
| 2:90-cv-00436-JG | CHARLOTTE BURGER | BROWN, LAURENCE |
| 2:90-cv-00437-JG | ANNE BLASS | BROWN, LAURENCE |
| 2:90-cv-00443-JG | JOYCE A. GERGLEY | PERLBERGER, NORMAN |
| 2:90-cv-00447-JG | CAROL A. KORDISTOS | PERLBERGER, NORMAN |
| 2:90-cv-00450-JG | Albert Starling | BROWN, LAURENCE |
| 2:90-cv-00454-JG | FRANK WIESER | MCGILL, JOSEPH |
| 2:90-cv-00455-JG | DORIS G. GARRITY | SHEIN, JOSEPH |
| 2:90-cv-00465-JG | DANIEL J. COONAN | LONG, JAMES |
| 2:90-cv-00466-JG | JOSEPH BORELLI | LONG, JAMES |
| 2:90-cv-00467-JG | FRANCES DOUGHERTY | LONG, JAMES |
| 2:90-cv-00468-JG | ALICE HASSON | LONG, JAMES |
| 2:90-cv-00469-JG | Corine Jordan Wilson | LONG, JAMES |
| 2:90-cv-00470-JG | MARY SOVIN | LONG, JAMES |
| 2:90-cv-00471-JG | SAMUEL MAZUK | LONG, JAMES |
| 2:90-cv-00472-JG | RUTH M. CLAYTON | LONG, JAMES |
| 2:90-cv-00473-JG | ELIZABETH GALLAGHER | LONG, JAMES |
| 2:90-cv-00474-JG | MARY GAYDOS | LONG, JAMES |
| 2:90-cv-00475-JG | JACK T. FOSTER | LONG, JAMES |
| 2:90-cv-00476-JG | JOHN J. DEVINE | LONG, JAMES |
| 2:90-cv-00477-JG | CATHARINE DEENEY | LONG, JAMES |
| 2:90-cv-00478-JG | FRED C. GETZ | LONG, JAMES |
| 2:90-cv-00500-JG | Joseph G. Laboon | PERLBERGER, NORMAN |
| 2:90-cv-00502-JG | FRANK COLAMESTRA | BROWN, LAURENCE |
| 2:90-cv-00511-JG | JANE LYONS | SCHWARTZ, RICHARD |
| 2:90-cv-00512-JG | PHYLLIS MAILLARD | SCHWARTZ, RICHARD |
| 2:90-cv-00513-JG | MARY A. REVAK | SCHWARTZ, RICHARD |
| 2:90-cv-00514-JG | ADA FISHER | SCHWARTZ, RICHARD |

| | | |
|---|---|---|
| 2:90-cv-00515-JG | WILLIAM MANCINI | SCHWARTZ, RICHARD |
| 2:90-cv-00516-JG | ALFRED R. REPLOGLE | SCHWARTZ, RICHARD |
| 2:90-cv-00517-JG | JOHN R. CECH | SCHWARTZ, RICHARD |
| 2:90-cv-00520-JG | Michael Myatovich | COHAN, LAWRENCE |
| 2:90-cv-00522-JG | ROSE LAMENDOLA | SCHWARTZ, RICHARD |
| 2:90-cv-00523-JG | ELIZABETH MILLIRON | SCHWARTZ, RICHARD |
| 2:90-cv-00524-JG | JOHN KOSCO | SCHWARTZ, RICHARD |
| 2:90-cv-00525-JG | CALVIN DiLEONARDO | SCHWARTZ, RICHARD |
| 2:90-cv-00527-JG | HERBERT AVERHART | SCHWARTZ, RICHARD |
| 2:90-cv-00528-JG | OBIE THURMAN | SCHWARTZ, RICHARD |
| 2:90-cv-00529-JG | Albert M. Shriver | COHAN, LAWRENCE |
| 2:90-cv-00530-JG | JOANNE BRAGG | SCHWARTZ, RICHARD |
| 2:90-cv-00531-JG | HELEN A. WYERS | SCHWARTZ, RICHARD |
| 2:90-cv-00537-JG | HERBERT L. TERRY | ADELS, PETER |
| 2:90-cv-00538-JG | ROBERT A. SNYDER | ADELS, PETER |
| 2:90-cv-00557-JG | ELIZABETH KELLY | LONG, JAMES |
| 2:90-cv-00558-JG | HANNAH M. LEWIS | LONG, JAMES |
| 2:90-cv-00560-JG | Harvey J. Huntzinger | LONG, JAMES |
| 2:90-cv-00561-JG | ELLA M. SCHWALM | LONG, JAMES |
| 2:90-cv-00562-JG | LOIS L. WILLIAMS | LONG, JAMES |
| 2:90-cv-00563-JG | GEORGIA SMITH | LONG, JAMES |
| 2:90-cv-00564-JG | HOWARD SMITH | LONG, JAMES |
| 2:90-cv-00565-JG | EDWARD F. RAFFERTY | LONG, JAMES |
| 2:90-cv-00566-JG | THOMAS E. SPEARS | LONG, JAMES |
| 2:90-cv-00567-JG | ROBERT JOSEPH MCMAIN | LONG, JAMES |
| 2:90-cv-00568-JG | KATHRYN KELLER | LONG, JAMES |
| 2:90-cv-00569-JG | Dorothy Keough | LONG, JAMES |
| 2:90-cv-00570-JG | Helen Rose | COHAN, LAWRENCE |
| 2:90-cv-00571-EC | GERTRUDE McROBERTS | SCHWARTZ, RICHARD |
| 2:90-cv-00572-JG | NICHOLAS HARBIST | SCHWARTZ, RICHARD |
| 2:90-cv-00573-JG | ROBERT R. ABRAMS | SCHWARTZ, RICHARD |
| 2:90-cv-00574-JG | ALLINE SCHARNITZ | SCHWARTZ, RICHARD |
| 2:90-cv-00575-JG | DOLORES G. SERENI | SCHWARTZ, RICHARD |
| 2:90-cv-00576-JG | ELLEN PSYLLOS | SCHWARTZ, RICHARD |
| 2:90-cv-00577-JG | ANDREW SOYKA | SCHWARTZ, RICHARD |
| 2:90-cv-00580-JG | Diane Palumbo | SCHWARTZ, RICHARD |
| 2:90-cv-00592-JG | JAMES E. ABBOTT | SCHWARTZ, RICHARD |
| 2:90-cv-00599-JG | Gloria Lumio | SCHWARTZ, RICHARD |
| 2:90-cv-00600-JG | Hilda Nowatkowski | SCHWARTZ, RICHARD |
| 2:90-cv-00601-JG | ANN LITTLE | SCHWARTZ, RICHARD |
| 2:90-cv-00602-JG | ROBERT R. ZABORNIAK | SCHWARTZ, RICHARD |
| 2:90-cv-00603-JG | JAMES E. GERALD | SCHWARTZ, RICHARD |
| 2:90-cv-00604-JG | JUDITH A. WELSH | SCHWARTZ, RICHARD |
| 2:90-cv-00606-JG | WILLIAM BOAL | SCHWARTZ, RICHARD |
| 2:90-cv-00609-JG | Charles J. Meisenzahl | SHEIN, JOSEPH |
| 2:90-cv-00610-JG | Mary E. Donahue | SCHWARTZ, RICHARD |
| 2:90-cv-00611-JG | GEORGE H. TAYLOR | SCHWARTZ, RICHARD |
| 2:90-cv-00614-JG | CHARLES W. QUINN | SCHWARTZ, RICHARD |
| 2:90-cv-00616-JG | ETHEL LEWIS | SCHWARTZ, RICHARD |
| 2:90-cv-00617-JG | FRANK GIBSON | SCHWARTZ, RICHARD |
| 2:90-cv-00618-JG | Alfreda Wicker | SCHWARTZ, RICHARD |
| 2:90-cv-00631-JG | EDITH MAYER | GREENWOOD, JUDY |

| | | |
|---|---|---|
| 2:90-cv-00632-JG | RALPH SIMS | GREENWOOD, JUDY |
| 2:90-cv-00633-JG | HENRY HIGUCHI | GREENWOOD, JUDY |
| 2:90-cv-00634-JG | CARRIE MANSI | GREENWOOD, JUDY |
| 2:90-cv-00635-JG | CHARLES P. MCLAUGHLIN | GREENWOOD, JUDY |
| 2:90-cv-00663-JG | MARGARET DAMIANI | BROWN, LAURENCE |
| 2:90-cv-00664-JG | ANOINETTE CONOVER | BROWN, LAURENCE |
| 2:90-cv-00665-JG | FRANCIS WALSH | BROWN, LAURENCE |
| 2:90-cv-00666-JG | THOMAS FURLONG | BROWN, LAURENCE |
| 2:90-cv-00667-JG | HELEN MULDOWNEY | BROWN, LAURENCE |
| 2:90-cv-00669-JG | Anna Hetrick | BROWN, LAURENCE |
| 2:90-cv-00670-JG | Stanley Smith | BROWN, LAURENCE |
| 2:90-cv-00677-JG | JANET SIMPSON | SILOW, GARY |
| 2:90-cv-00691-JG | ELLEN PASQUITO | SCHWARTZ, RICHARD |
| 2:90-cv-00695-JG | JESSE R. HEPLER | LONG, JAMES |
| 2:90-cv-00696-JG | WALTER HIMMELBERGER | LONG, JAMES |
| 2:90-cv-00697-JG | ETHEL M. SILCOTT | LONG, JAMES |
| 2:90-cv-00698-JG | David D. Love | LONG, JAMES |
| 2:90-cv-00699-JG | Harle H. Brooks | LONG, JAMES |
| 2:90-cv-00700-JG | Anne C. Connor | LONG, JAMES |
| 2:90-cv-00702-JG | HARRY LEVI | SHEIN, JOSEPH |
| 2:90-cv-00736-JG | CONRAD BARTHOLOMEW | BROWN, LAURENCE |
| 2:90-cv-00737-JG | ELMER CORYELL | BROWN, LAURENCE |
| 2:90-cv-00771-JG | JOHN L. PRECHEK | BALEFSKY, LEE |
| 2:90-cv-00774-JG | MICHAEL ELINSKY | MARSHALL, DONALD |
| 2:90-cv-00777-JG | CLIFFORD L. NICHOLS | MARSHALL, DONALD |
| 2:90-cv-00778-JG | ROBERTA CEPHAS | MARSHALL, DONALD |
| 2:90-cv-00779-JG | SARAH M. HEHL | MARSHALL, DONALD |
| 2:90-cv-00784-JG | EUGENE ROSCHEL | GORDON, ROBERT |
| 2:90-cv-00825-JG | ALICE V. COLE | KOPIL, THOMAS |
| 2:90-cv-00844-JG | JOSEPH ARKOTYN | BROWN, LAURENCE |
| 2:90-cv-00845-JG | ANNA BURN | BROWN, LAURENCE |
| 2:90-cv-00846-JG | CAESAR RASPA | BROWN, LAURENCE |
| 2:90-cv-00847-JG | HARRY R. ZIMMERMAN | GORDON, ROBERT |
| 2:90-cv-00853-JG | WILLIAM JOHNSON | SHEIN, JOSEPH |
| 2:90-cv-00854-JG | JOHN J. SCOTT | SHEIN, JOSEPH |
| 2:90-cv-00865-JG | GEORGE G. BENNETT | ROTHENBERG, ALLEN |
| 2:90-cv-00866-JG | FRANCES BERON | SCHWARTZ, JEFFREY |
| 2:90-cv-00867-JG | ANNA M. BOYER | SCHWARTZ, JEFFREY |
| 2:90-cv-00868-JG | Elizabeth H. Buckwalter | SCHWARTZ, JEFFREY |
| 2:90-cv-00869-JG | Emil D. Cesanek | SCHWARTZ, JEFFREY |
| 2:90-cv-00870-JG | Carol A. Cooper | ROTHENBERG, ALLEN |
| 2:90-cv-00871-JG | ELMIRA DAVIDSON | SCHWARTZ, JEFFREY |
| 2:90-cv-00872-JG | EARL DAVIS | SCHWARTZ, JEFFREY |
| 2:90-cv-00873-JG | HENRY J. DERIX | SCHWARTZ, JEFFREY |
| 2:90-cv-00874-JG | JOHN R. GALLAGHER | SCHWARTZ, JEFFREY |
| 2:90-cv-00875-JG | FRANKLIN ALBERT HEIN | SCHWARTZ, JEFFREY |
| 2:90-cv-00876-JG | ANN P. KING | SCHWARTZ, JEFFREY |
| 2:90-cv-00877-JG | GLORIA J. KRAUSE | SCHWARTZ, JEFFREY |
| 2:90-cv-00878-JG | William N. (sr) Marchionne | KLEIN, CHARLES |
| 2:90-cv-00879-JG | Frank Moser | LYONS, JERRY |

| | | |
|---|---|---|
| 2:90-cv-00880-JG | Susanna Oleski | LYONS, JERRY |
| 2:90-cv-00882-JG | HARRY D. PANNELLA | SCHWARTZ, JEFFREY |
| 2:90-cv-00883-JG | ALEXANDER P POTOCZNIAK | SCHWARTZ, JEFFREY |
| 2:90-cv-00884-JG | FLORENCE M. REINERT | SCHWARTZ, JEFFREY |
| 2:90-cv-00886-JG | DOROTHY E. SCIALLO | ROTHENBERG, ALLEN |
| 2:90-cv-00887-JG | CHARLES A. RICHARDS | SCHWARTZ, JEFFREY |
| 2:90-cv-00888-JG | Barbara A. Shine | SCHWARTZ, JEFFREY |
| 2:90-cv-00889-JG | Rose M. Sierzega | ROTHENBERG, ALLEN |
| 2:90-cv-00890-JG | Barbara A. Yiaski | SCHWARTZ, JEFFREY |
| 2:90-cv-00891-JG | IRENE A. YASHURA | SCHWARTZ, JEFFREY |
| 2:90-cv-00898-JG | Earnestine Petty | GORDON, ROBERT |
| 2:90-cv-00899-JG | John W. Schell | GORDON, ROBERT |
| 2:90-cv-00902-JG | HOSEA E. SCOTT | TACHE, SIMON |
| 2:90-cv-00904-JG | CURTIS LEWIS | TACHE, SIMON |
| 2:90-cv-00913-JG | CYNTHIA MARKLEY | PINTO, NICHOLAS |
| 2:90-cv-00919-JG | John Fiori | WEINFELD, DAVID |
| 2:90-cv-00934-JG | MARY JANE MILLER | GORDON, ROBERT |
| 2:90-cv-00953-LP | JOHN G. MUEHLEISEN | COHEN, MITCHELL |
| 2:90-cv-00977-JG | CAROLYN M. CANNON | SCHWARTZ, JEFFREY |
| 2:90-cv-00978-JG | Amelia E. Guyer | SCHWARTZ, JEFFREY |
| 2:90-cv-00979-JG | Patricia H. Santillo | SCHWARTZ, JEFFREY |
| 2:90-cv-00980-JG | ANTHONY B. RANISZEWSKI | SCHWARTZ, JEFFREY |
| 2:90-cv-00996-JG | SHIRLEY L. HILL | PERLBERGER, NORMAN |
| 2:90-cv-00998-JG | Marianne Hart | WALKER, GEORGE |
| 2:90-cv-00999-JG | Audrey Destefano | PERLBERGER, NORMAN |
| 2:90-cv-01000-JG | Ann Wolansky | PERLBERGER, NORMAN |
| 2:90-cv-01002-JG | WILLIAM C. DUNNIGAN | WALKER, GEORGE |
| 2:90-cv-01012-JG | FRANCIS J. LAFFERTY | COHEN, MITCHELL |
| 2:90-cv-01016-JG | MARTIN CZARNECKI | GREENWOOD, JUDY |
| 2:90-cv-01017-JG | BARBARA A. WARD | GREENWOOD, JUDY |
| 2:90-cv-01018-JG | CHRISTOPHER HALBACH | PAUL, ROBERT |
| 2:90-cv-01020-JG | Delvin Weaver | GREENWOOD, JUDY |
| 2:90-cv-01022-JG | JAMES B. WILLIAMS | GREENWOOD, JUDY |
| 2:90-cv-01030-JG | Bernard Salwach | BROWN, LAURENCE |
| 2:90-cv-01031-JG | ANN KRAYNYK | WALKER, GEORGE |
| 2:90-cv-01042-JG | JOHN BELL | BALEFSKY, LEE |
| 2:90-cv-01044-JG | JOSEPH F. CRISPO | BROWN, LAURENCE |
| 2:90-cv-01046-JG | JEAN HART | BROWN, LAURENCE |
| 2:90-cv-01048-JG | Joseph E. Dixon | SHEIN, JOSEPH |
| 2:90-cv-01074-JG | LAWRENCE WHYNO | BROWN, LAURENCE |
| 2:90-cv-01080-JG | Gail Tootle | MARSHALL, DONALD |
| 2:90-cv-01081-JG | MICHAEL J. FOSCHINI | MARSHALL, DONALD |
| 2:90-cv-01092-JG | JACK W. FRIEDHOFER | WILSON, STEPHEN |
| 2:90-cv-01093-JG | MARGARET FORD | COHEN, MITCHELL |
| 2:90-cv-01094-JG | MARTHA CUNNINGHAM | LONG, JAMES |
| 2:90-cv-01095-JG | FRANK BROWN | LONG, JAMES |
| 2:90-cv-01096-JG | CHARLES SHERIDAN | LONG, JAMES |
| 2:90-cv-01097-JG | JOHN KRUPSKY | LONG, JAMES |
| 2:90-cv-01099-JG | Eddie Mitchell | BALEFSKY, LEE |
| 2:90-cv-01101-JG | ALFRED ABRAMCZYK | LONG, JAMES |

| | | |
|---|---|---|
| 2:90-cv-01102-JG | GLORIA BARSZEWSKI | LONG, JAMES |
| 2:90-cv-01103-JG | MARY COWARD | LONG, JAMES |
| 2:90-cv-01104-JG | ANNA FRANKOWSKI | LONG, JAMES |
| 2:90-cv-01105-JG | PAUL GARRETT | LONG, JAMES |
| 2:90-cv-01106-JG | KARL JARASZ | LONG, JAMES |
| 2:90-cv-01107-JG | ROBERT EMERSON | LONG, JAMES |
| 2:90-cv-01109-JG | Alfred B. Malinowski | CHILDS, DANIEL |
| 2:90-cv-01115-JG | IRENE ALBERICI | POWELL, KENNETH |
| 2:90-cv-01116-JG | CARMEN A. LAMORGIN | POWELL, KENNETH |
| 2:90-cv-01161-JG | AUDREY A. MASTROCOLA | PINTO, NICHOLAS |
| 2:90-cv-01168-JG | Annie Isaac | LONG, JAMES |
| 2:90-cv-01169-JG | Michaelina Zdojewski | LONG, JAMES |
| 2:90-cv-01170-JG | Eugene R. Wyatt | LONG, JAMES |
| 2:90-cv-01171-JG | MARIE URBANSKI | LONG, JAMES |
| 2:90-cv-01172-JG | EDMUND VISNISKIE | LONG, JAMES |
| 2:90-cv-01173-JG | ARCHIE ROBINSON | LONG, JAMES |
| 2:90-cv-01174-JG | CHARLES P. OLKOWSKI | LONG, JAMES |
| 2:90-cv-01175-JG | ODELL CHILES | LONG, JAMES |
| 2:90-cv-01176-JG | CECIL NESMITH | LONG, JAMES |
| 2:90-cv-01177-JG | ANNA MELONI | LONG, JAMES |
| 2:90-cv-01178-JG | Leon S. Lipiecki | LONG, JAMES |
| 2:90-cv-01179-JG | Lena Langello | LONG, JAMES |
| 2:90-cv-01180-JG | KATIE W. BROOKINS | LONG, JAMES |
| 2:90-cv-01181-JG | FRANK J. BENNETT | LONG, JAMES |
| 2:90-cv-01182-JG | GILDA BECK | LONG, JAMES |
| 2:90-cv-01183-JG | CLAIRE BARRETT | LONG, JAMES |
| 2:90-cv-01194-JG | DORIS SKJOLDAL | WEINFELD, DAVID |
| 2:90-cv-01203-JG | MARY HEIM | BROWN, LAURENCE |
| 2:90-cv-01204-JG | DAVID ACHEY | WALKER, GEORGE |
| 2:90-cv-01206-JG | LOUIS BALOG | WALKER, GEORGE |
| 2:90-cv-01237-JG | WESLEY BAZAR | LEH, MICHAEL |
| 2:90-cv-01239-JG | Alfred P. Bryk | LEH, MICHAEL |
| 2:90-cv-01241-JG | HELEN CHUBA | LEH, MICHAEL |
| 2:90-cv-01242-JG | DORTHY CONWAY | LEH, MICHAEL |
| 2:90-cv-01243-JG | JOHN P. COOCH | LEH, MICHAEL |
| 2:90-cv-01250-JG | Samuel Slavin | CHILDS, DANIEL |
| 2:90-cv-01261-JG | ALBERT J. HALLACKER | PAUL, ROBERT |
| 2:90-cv-01263-JG | GLORIA BATTIS | PAUL, ROBERT |
| 2:90-cv-01270-JG | Joseph Johnson | BROWN, LAURENCE |
| 2:90-cv-01280-JG | WILLIAM A. PHELPS | SCHWARTZ, RICHARD |
| 2:90-cv-01288-JG | Geraldine M. Danto | PERLBERGER, NORMAN |
| 2:90-cv-01290-JG | Tyrone Gale | PAUL, ROBERT |
| 2:90-cv-01299-JG | Angelo A. Cileone | COHEN, MITCHELL |
| 2:90-cv-01300-JG | Joseph Geletej | LEH, MICHAEL |
| 2:90-cv-01301-JG | HONOR LAVOIE | GREENWOOD, JUDY |
| 2:90-cv-01302-JG | CAROL GEAHR | GREENWOOD, JUDY |
| 2:90-cv-01303-JG | IRMA CLAUSO | GREENWOOD, JUDY |
| 2:90-cv-01304-JG | RICHARD QUARTERMUS | GREENWOOD, JUDY |
| 2:90-cv-01305-JG | Claire Crispin | BROWN, LAURENCE |
| 2:90-cv-01306-JG | DONNA ALLEN | GREENWOOD, JUDY |

| | | |
|---|---|---|
| 2:90-cv-01307-JG | CHARLES DALLAM | GREENWOOD, JUDY |
| 2:90-cv-01315-JG | MARGARET BRIGHT | LONG, JAMES |
| 2:90-cv-01317-JG | JOSEPH BROWN | LONG, JAMES |
| 2:90-cv-01318-JG | Guy L. Devono | LONG, JAMES |
| 2:90-cv-01319-JG | Brigit Irby | BALEFSKY, LEE |
| 2:90-cv-01321-JG | JOSEPH KUBIAK | LONG, JAMES |
| 2:90-cv-01322-JG | SHERMAN LYLES | LONG, JAMES |
| 2:90-cv-01323-JG | CAROL NESMITH | LONG, JAMES |
| 2:90-cv-01324-JG | MARY PHYLIS O'DONNELL | LONG, JAMES |
| 2:90-cv-01325-JG | ELIJAH REED | LONG, JAMES |
| 2:90-cv-01326-JG | PATRICIA STRICKLAND | LONG, JAMES |
| 2:90-cv-01327-JG | JANE WIERZBICKI | LONG, JAMES |
| 2:90-cv-01328-JG | Barbara Zampogna | LONG, JAMES |
| 2:90-cv-01344-JG | HARRIET PETRONE | PERLBERGER, NORMAN |
| 2:90-cv-01347-JG | HARRY REINHART | CHILDS, DANIEL |
| 2:90-cv-01376-JG | PHILLIP J. BRONICO | BROWN, LAURENCE |
| 2:90-cv-01377-JG | ELINOR HENKELS | BROWN, LAURENCE |
| 2:90-cv-01378-JG | Joseph D. Maciel | BROWN, LAURENCE |
| 2:90-cv-01379-JG | Angelo Filo | BROWN, LAURENCE |
| 2:90-cv-01380-JG | William Campbell | BROWN, LAURENCE |
| 2:90-cv-01387-JG | DOLORES DAULERIO | SHEIN, JOSEPH |
| 2:90-cv-01391-JG | CATHERINE SKOLSKY | GREENWOOD, JUDY |
| 2:90-cv-01392-JG | ALEXANDER EGGLESTON | GREENWOOD, JUDY |
| 2:90-cv-01393-JG | WILLIAM J. KELSO | GREENWOOD, JUDY |
| 2:90-cv-01394-JG | FRANCIS J. GRONCZEWSKI | GREENWOOD, JUDY |
| 2:90-cv-01395-JG | CONCETTA MELCHIORRE | GREENWOOD, JUDY |
| 2:90-cv-01396-JG | ELIZABETH GRIFFO | GREENWOOD, JUDY |
| 2:90-cv-01397-JG | Joann Ferrell | GREENWOOD, JUDY |
| 2:90-cv-01398-JG | Robert B. King | EISENBERG, STEWART |
| 2:90-cv-01400-JG | Robert E. Prout | WALKER, GEORGE |
| 2:90-cv-01418-JG | Irving Wander | BROWN, LAURENCE |
| 2:90-cv-01439-JG | Lola Manus | WALKER, GEORGE |
| 2:90-cv-01445-JG | LLOYD EVANS | PINTO, NICHOLAS |
| 2:90-cv-01446-JG | ANNA BEATRICE | REICH, ALAN |
| 2:90-cv-01447-JG | ABRAHAM SIMON | REICH, ALAN |
| 2:90-cv-01453-JG | FLOYD CHARLES BENNETT | POWELL, KENNETH |
| 2:90-cv-01455-JG | CAROLYN L. GUTH | POWELL, KENNETH |
| 2:90-cv-01456-JG | CHARLES TATU | POWELL, KENNETH |
| 2:90-cv-01457-JG | CLOTHILDE SYPINSKI | BROWN, LAURENCE |
| 2:90-cv-01494-JG | MATTHEW J. SADOWSKI | PAUL, ROBERT |
| 2:90-cv-01525-JG | ANNA IRRGANG | MCGILL, JOSEPH |
| 2:90-cv-01547-JG | GEORGE F. WINTHRUP | BROWN, LAURENCE |
| 2:90-cv-01548-JG | Jiles (sr) Griffin | BROWN, LAURENCE |
| 2:90-cv-01553-JG | EDITH VIERECK | SCHWARTZ, RICHARD |
| 2:90-cv-01555-JG | CARMELINE STINSON | REICH, ALAN |
| 2:90-cv-01557-JG | CHARLES GREENLEAF | WILSON, STEPHEN |
| 2:90-cv-01561-JG | LEON PULLEY | BROWN, LAURENCE |
| 2:90-cv-01562-JG | JANICE MC MAHON | BROWN, LAURENCE |
| 2:90-cv-01563-JG | JENNIE FUSARO | BROWN, LAURENCE |
| 2:90-cv-01573-JG | EARNEST TRAINER | BROWN, LAURENCE |

| | | |
|---|---|---|
| 2:90-cv-01590-JG | Angelo Martino | BROWN, LAURENCE |
| 2:90-cv-01591-JG | MICHAEL W. PALUMBO | COOPERMAN, AMANDA |
| 2:90-cv-01592-JG | MERTON KERR | GORDON, ROBERT |
| 2:90-cv-01593-JG | ROSE HIGGINS | LONG, JAMES |
| 2:90-cv-01594-JG | CHARMAINE BOYLE | LONG, JAMES |
| 2:90-cv-01628-JG | Joseph L. Rhoades | KLEIN, CHARLES |
| 2:90-cv-01629-JG | John F. Boyle | SCHWARTZ, JEFFREY |
| 2:90-cv-01630-JG | RUTH G. ARMSTRONG | SCHWARTZ, JEFFREY |
| 2:90-cv-01633-JG | THOMAS HARGEST | GREENWOOD, JUDY |
| 2:90-cv-01634-JG | SHERI ZUPPO | GREENWOOD, JUDY |
| 2:90-cv-01635-JG | MARIE IMBESI | GREENWOOD, JUDY |
| 2:90-cv-01636-JG | JOHN R. KAUFFMAN | GREENWOOD, JUDY |
| 2:90-cv-01637-JG | ALBERT GENTHERT | GREENWOOD, JUDY |
| 2:90-cv-01638-JG | George Alrich | BROWN, LAURENCE |
| 2:90-cv-01639-JG | Diane McKinley | BROWN, LAURENCE |
| 2:90-cv-01640-JG | James B. Cunningham | BROWN, LAURENCE |
| 2:90-cv-01641-JG | ANNA PETRICCIONE | GREENWOOD, JUDY |
| 2:90-cv-01642-JG | ANNA MASON | GREENWOOD, JUDY |
| 2:90-cv-01643-JG | CLARE WERBA | GREENWOOD, JUDY |
| 2:90-cv-01644-JG | LOUIS BROWN | GREENWOOD, JUDY |
| 2:90-cv-01645-JG | ADAM FOLTZ | GREENWOOD, JUDY |
| 2:90-cv-01646-JG | PATRICIA ANNE WILSON | GREENWOOD, JUDY |
| 2:90-cv-01647-JG | JAMES J. HARKINS | GREENWOOD, JUDY |
| 2:90-cv-01661-JG | PATRICIA ANN NOVAK | WALKER, GEORGE |
| 2:90-cv-01663-JG | ARTHUR J. NIEMCZYK | WALKER, GEORGE |
| 2:90-cv-01665-JG | CLEATUS D. REDMOND | WALKER, GEORGE |
| 2:90-cv-01668-JG | Jane A. Gammiere | WALKER, GEORGE |
| 2:90-cv-01669-JG | Ann Elizabeth Krally | PERLBERGER, NORMAN |
| 2:90-cv-01687-JG | JOHN COSBY | SHEIN, BENJAMIN |
| 2:90-cv-01697-JG | DAVID T. PALOMBIA | WALKER, GEORGE |
| 2:90-cv-01698-JG | Catherine T. Zarra | WALKER, GEORGE |
| 2:90-cv-01699-JG | Anna May Ardire | WALKER, GEORGE |
| 2:90-cv-01702-JG | MILDRED WEIR | MARSHALL, DONALD |
| 2:90-cv-01703-JG | DOROTHY MEDLOCK | MARSHALL, DONALD |
| 2:90-cv-01721-JG | ANDREW J. TAKACH | BROWN, LAURENCE |
| 2:90-cv-01722-JG | JOHN J. KELLY | BROWN, LAURENCE |
| 2:90-cv-01732-JG | LINDA M. ZAFFARY | LONG, JAMES |
| 2:90-cv-01733-JG | JEAN SHOLLENBERGER | LONG, JAMES |
| 2:90-cv-01734-JG | JOHN KUSHALL | LONG, JAMES |
| 2:90-cv-01735-JG | JOHN R. HOLT | LONG, JAMES |
| 2:90-cv-01736-JG | MICHAEL HATZ | LONG, JAMES |
| 2:90-cv-01737-JG | JOSEPH FRANCESCO | LONG, JAMES |
| 2:90-cv-01738-JG | Andrew A. Steficek | LONG, JAMES |
| 2:90-cv-01740-JG | Cecelia Fantom | LONG, JAMES |
| 2:90-cv-01749-JG | Joann Braim | POWELL, KENNETH |
| 2:90-cv-01750-JG | Daniel Sellers | POWELL, KENNETH |
| 2:90-cv-01751-JG | JOHN CARPENTER | POWELL, KENNETH |
| 2:90-cv-01784-JG | CARRIE WELLS | SCHWARTZ, RICHARD |
| 2:90-cv-01785-JG | STANLEY WATSON | SCHWARTZ, RICHARD |
| 2:90-cv-01787-JG | JOSEPH WRIGHT | CHILDS, DANIEL |

| | | |
|---|---|---|
| 2:90-cv-01792-JG | DOROTHY B. CHERUBINI | GORDON, ROBERT |
| 2:90-cv-01823-JG | HELEN M. DULLARD | SCHWARTZ, JEFFREY |
| 2:90-cv-01824-JG | JOSEPH T. TATE | SHEIN, JOSEPH |
| 2:90-cv-01835-JG | ANGELA MCBRIDE | POWELL, KENNETH |
| 2:90-cv-01845-JG | JACOB ROZENCWIG | PERLBERGER, NORMAN |
| 2:90-cv-01846-JG | EDWARD M. RYKACZEWSKI | KAPLAN, RANDY |
| 2:90-cv-01856-JG | KATINA M. SALAMANIS | WALKER, GEORGE |
| 2:90-cv-01857-JG | KAREN L. SCHWARTZBAUER | WALKER, GEORGE |
| 2:90-cv-01858-JG | Doris E. Zielinski | WALKER, GEORGE |
| 2:90-cv-01859-JG | Anna Molina | WALKER, GEORGE |
| 2:90-cv-01860-JG | Dorothy Ann Pantelis | WALKER, GEORGE |
| 2:90-cv-01872-JG | LEWIS ORTLIP | LEBOWITZ, MARK |
| 2:90-cv-01940-JG | Dolores Park | BROWN, LAURENCE |
| 2:90-cv-01942-JG | MICHAEL VERRECCHIA | BROWN, LAURENCE |
| 2:90-cv-01943-JG | FRED JONES | BROWN, LAURENCE |
| 2:90-cv-01944-JG | JOHN YOUNG | BROWN, LAURENCE |
| 2:90-cv-01946-JG | GEORGIA LULIAS | BALEFSKY, LEE |
| 2:90-cv-01961-JG | THOMAS BYRD | BROWN, LAURENCE |
| 2:90-cv-01962-JG | CHARLES VOSO | BROWN, LAURENCE |
| 2:90-cv-01963-JG | HOWARD BERARDO | BROWN, LAURENCE |
| 2:90-cv-01981-JG | ELLA YARBROUGH | MARSHALL, DONALD |
| 2:90-cv-01982-JG | BARBARA HARLEY | MARSHALL, DONALD |
| 2:90-cv-01989-JG | Catherine S. Vagasky | SCHWARTZ, JEFFREY |
| 2:90-cv-02014-JG | GEORGE ACHILLES | COHEN, MITCHELL |
| 2:90-cv-02015-JG | CATHERINE PANCOAST | LEH, MICHAEL |
| 2:90-cv-02022-JG | ELIZABETH J. MIRRA | SHEIN, JOSEPH |
| 2:90-cv-02037-JG | Anthony Amadio | PERLBERGER, NORMAN |
| 2:90-cv-02079-JG | Alice Senwesky | PAUL, ROBERT |
| 2:90-cv-02107-JG | JOSEPH J. PARKINSON | GORDON, ROBERT |
| 2:90-cv-02108-JG | John T. Reilly | SHEIN, JOSEPH |
| 2:90-cv-02109-JG | Charles Mascio | SHEIN, JOSEPH |
| 2:90-cv-02110-JG | Bernard J. Goldschmidt | SHEIN, JOSEPH |
| 2:90-cv-02111-JG | GLEN A. DYMOND | SHEIN, JOSEPH |
| 2:90-cv-02112-JG | EDITH PIREE | SHEIN, JOSEPH |
| 2:90-cv-02113-JG | ELIZABETH SELLERS | SHEIN, JOSEPH |
| 2:90-cv-02120-JG | Everly Baum | CHILDS, DANIEL |
| 2:90-cv-02133-JG | GERALD F. WYNCOOP | WEINGARTEN, MARC |
| 2:90-cv-02154-JG | ELLIS GHEE | BROWN, LAURENCE |
| 2:90-cv-02156-JG | DORA LISS | LONG, JAMES |
| 2:90-cv-02173-JG | DARA TAGLIALATELA | BROWN, LAURENCE |
| 2:90-cv-02177-JG | LAWRENCE STONE | COHEN, MITCHELL |
| 2:90-cv-02189-JG | Eunasy T. McCain | KLEIN, CHARLES |
| 2:90-cv-02199-JG | Marie Dashiell | CHILDS, DANIEL |
| 2:90-cv-02212-JG | THOMAS M. GRANT | LONG, JAMES |
| 2:90-cv-02213-JG | EVELYN C. McFALLS | GORDON, ROBERT |
| 2:90-cv-02219-JG | Rose Messina | KRISTAL, JERRY |
| 2:90-cv-02220-JG | Nancy Johnson | KRISTAL, JERRY |
| 2:90-cv-02226-JG | FLORENCE MACDOUGALL | POWELL, KENNETH |
| 2:90-cv-02228-JG | Joseph Coyle | POWELL, KENNETH |
| 2:90-cv-02229-JG | STEVEN B FINK | BROWN, LAURENCE |

| | | |
|---|---|---|
| 2:92-cv-03964-JG | DIANE MARR | LEVIN, HOWARD |
| 2:92-cv-03965-JG | JANE CUTSHALL | LEVIN, HOWARD |
| 2:92-cv-03972-JG | HARRY D. BENDER | LEVIN, HOWARD |
| 2:92-cv-03973-JG | CONNIE SHOPE | LEVIN, HOWARD |
| 2:92-cv-03975-JG | EDNA BERNARD | LEVIN, HOWARD |
| 2:92-cv-03976-JG | GERALD J. PINKERTON | LEVIN, HOWARD |
| 2:92-cv-03977-JG | DELORES ROSS | LEVIN, HOWARD |
| 2:92-cv-03999-JG | JOSEPHINE CRAFT | PAUL, ROBERT |
| 2:92-cv-04146-JG | JEANETTE DUNLAP | BROWN, LAURENCE |
| 2:92-cv-04147-JG | RUTH D. ROWAN | RUBIN, EDWARD |
| 2:92-cv-04148-JG | ALVIN J. WILE | LEH, MICHAEL |
| 2:92-cv-04149-JG | ALBERTA SULLIVAN | BROWN, LAURENCE |
| 2:92-cv-04226-JG | JOSEPH WEHRMAN | POWELL, KENNETH |
| 2:92-cv-04230-JG | BONNIE DOWNS | COHEN, MITCHELL |
| 2:92-cv-04394-JG | GLENN R. PERRY | LEVIN, HOWARD |
| 2:92-cv-04395-JG | EDWARD P. LEE | LEVIN, HOWARD |
| 2:92-cv-04396-JG | HOWARD E. PATTERSON | LEVIN, HOWARD |
| 2:92-cv-04397-JG | J.P. COOK | LEVIN, HOWARD |
| 2:92-cv-04398-JG | BERTIE BROWN | LEVIN, HOWARD |
| 2:92-cv-04399-JG | JOYCE DAVIS | LEVIN, HOWARD |
| 2:92-cv-04401-JG | JEAN DEMOSS | LEVIN, HOWARD |
| 2:92-cv-04402-JG | DOROTHY HARDING | LEVIN, HOWARD |
| 2:92-cv-04404-JG | EMIL V. KROLL | LEVIN, HOWARD |
| 2:92-cv-04405-JG | G. L. ROBSON | LEVIN, HOWARD |
| 2:92-cv-04407-JG | ANNE TAYLOR | LEVIN, HOWARD |
| 2:92-cv-04408-JG | KENNETH H. JONES | LEVIN, HOWARD |
| 2:92-cv-04409-JG | GEORGE M. DARRIGO | LEVIN, HOWARD |
| 2:92-cv-04410-JG | RAGAN MOORE | LEVIN, HOWARD |
| 2:92-cv-04411-JG | HEDWIG LUPA | LEVIN, HOWARD |
| 2:92-cv-04412-JG | OLIMPIO BRANDY | LEVIN, HOWARD |
| 2:92-cv-04413-JG | DONNA L. STILES | LEVIN, HOWARD |
| 2:92-cv-04414-JG | DENNIS SHAW | LEVIN, HOWARD |
| 2:92-cv-04415-JG | EDWARD SABORNIE | LEVIN, HOWARD |
| 2:92-cv-04417-JG | HARRIET FLEISHER | LEVIN, HOWARD |
| 2:92-cv-04418-JG | ALTON L. HAMMAKER | LEVIN, HOWARD |
| 2:92-cv-04419-JG | JAMES B. HART | LEVIN, HOWARD |
| 2:92-cv-04420-JG | ANNA ZONA | LEVIN, HOWARD |
| 2:92-cv-04422-JG | LOUIS F. SMITH | LEVIN, HOWARD |
| 2:92-cv-04423-JG | BARBARA KANE | LEVIN, NELSON |
| 2:92-cv-04426-JG | PHYLLIS JEAN BRACKEN | LEVIN, HOWARD |
| 2:92-cv-04427-JG | MARY BARTOLOTTA | LEVIN, HOWARD |
| 2:92-cv-04428-JG | JOAN BOND | LEVIN, HOWARD |
| 2:92-cv-04429-JG | BETTY LEE RENNER | LEVIN, HOWARD |
| 2:92-cv-04430-JG | DEBORAH ANN MYERS | LEVIN, HOWARD |
| 2:92-cv-04431-JG | JEAN GETTEL | LEVIN, HOWARD |
| 2:92-cv-04432-JG | EMMA VERA HAMILTON | LEVIN, HOWARD |
| 2:92-cv-04433-JG | JAMES M. SMITH | LEVIN, HOWARD |
| 2:92-cv-04434-JG | DORIS LIDDICK | LEVIN, HOWARD |
| 2:92-cv-04461-JG | CLYDE E. DODSON | WILSON, STEPHEN |
| 2:92-cv-04506-JG | ELLA D. GILLESPIE | FORCENO, RAYMOND |