IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :  Consolidated Under
                                :  MDL DOCKET NO. 875
CERTAIN PLAINTIFFS              :
                                :
       v.                       :
                                :
                                :
CERTAIN DEFENDANTS              :

**FILED**
SEP 17 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this **9th** day of **September 2009** it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that these cases will be transferred to the "Bankruptcy Only" docket[1].

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

EXHIBIT "A"

| CASE NUMBER | PLAINTIFF'S NAME |
|---|---|
| ~~2:89-cv-07339-JG~~ | ~~Claire C. Mays~~ |
| ~~2:89-cv-07365-JG~~ | ~~Gilbert Dyer (sr) Steckline~~ |
| 2:89-cv-09227-JG | Kathleen Souden |
| 2:89-cv-09229-JG | Dorothy Ahern |
| 2:89-cv-09230-JG | MERLE MCCULLOUGH |
| 2:89-cv-09232-JG | Theresa O'Brien |
| 2:90-cv-00019-JG | Gloria Cascino |
| 2:90-cv-00020-JG | Betty Carpenter |
| 2:90-cv-00021-JG | MARY CANNON |
| 2:90-cv-00022-JG | FLOYD RUDNIK |
| 2:90-cv-00034-JG | Helen Gaeek |
| 2:90-cv-00035-JG | Joy Flattery |
| 2:90-cv-00036-JG | Elizabeth Farris |
| 2:90-cv-00037-JG | Leona Evely |
| 2:90-cv-00038-JG | Eugene G. (sr) Eberl |
| 2:90-cv-00039-JG | Gertrude Andros |
| 2:90-cv-00040-JG | Carmella Amorosa |
| 2:90-cv-00062-JG | FRANK KEMP |
| 2:90-cv-00063-JG | Ethel Pike |
| 2:90-cv-00064-JG | Alton R. Scutt |
| 2:90-cv-00065-JG | Dorothy Sircovitch |
| 2:90-cv-00066-JG | Anthony F. Szdlowski |
| 2:90-cv-00067-JG | Harry P. Szymanski |
| 2:90-cv-00068-JG | Linvel L. Wilkinson |
| 2:90-cv-00072-JG | CHARLES H. BARTELS |
| 2:90-cv-00078-JG | JACQUES DESSENDER |
| 2:90-cv-00086-JG | HOWARD GUMILAR |
| 2:90-cv-00102-JG | BARBARA A. WARD |
| 2:90-cv-00104-JG | ANN REYNOLDS |
| 2:90-cv-00105-JG | MARTIN CZARNECKI |
| 2:90-cv-00106-JG | ALICE B. BETTERLY |
| 2:90-cv-00141-JG | CLARENCE SHUE |
| 2:90-cv-00143-MT | Andrew J. Slachiak |
| 2:90-cv-00144-JG | Ralph L. Spradling |
| 2:90-cv-00145-JG | Dorothy Tomczyk |
| 2:90-cv-00146-JG | Henry B. Wisniewsky |
| 2:90-cv-00147-JG | Dolores Zydel |
| 2:90-cv-00219-JG | John P. Kelly |
| 2:90-cv-00232-JG | GUSSELLE GELZER |
| 2:90-cv-00237-JG | REGINA DUGAN |
| 2:90-cv-00256-JG | CHARLES KURNITSKY |
| 2:90-cv-00277-JG | JANE L. BROWNING |
| 2:90-cv-00292-JG | DAVID L. BOVARD |
| 2:90-cv-00305-JG | LILLIAN GRAYSON |
| 2:90-cv-00306-JG | CHARLOTTE FLUCK |
| 2:90-cv-00340-JG | Patricia Cairns |
| 2:90-cv-00344-JG | DAN BOROTA |
| 2:90-cv-00399-JG | Frank J. Letavish |

| | |
|---|---|
| 2:90-cv-00400-JG | Frank J. Chiappetta |
| 2:90-cv-00403-JG | John L. Donuis |
| 2:90-cv-00404-JG | Donald E. Runk |
| 2:90-cv-00409-JG | Kathleen Brown |
| 2:90-cv-00410-JG | Marie H. Barron |
| 2:90-cv-00411-JG | EDWARD JARASZ |
| 2:90-cv-00412-JG | DENNIS ROBINSON |
| 2:90-cv-00435-JG | HARRY T. MCCARTHY |
| 2:90-cv-00436-JG | CHARLOTTE BURGER |
| 2:90-cv-00437-JG | ANNE BLASS |
| 2:90-cv-00450-JG | Albert Starling |
| 2:90-cv-00455-JG | DORIS G. GARRITY |
| 2:90-cv-00465-JG | DANIEL J. COONAN |
| 2:90-cv-00466-JG | JOSEPH BORELLI |
| 2:90-cv-00467-JG | FRANCES DOUGHERTY |
| 2:90-cv-00468-JG | ALICE HASSON |
| 2:90-cv-00469-JG | Corine Jordan Wilson |
| 2:90-cv-00470-JG | MARY SOVIN |
| 2:90-cv-00471-JG | SAMUEL MAZUK |
| 2:90-cv-00472-JG | RUTH M. CLAYTON |
| 2:90-cv-00473-JG | ELIZABETH GALLAGHER |
| 2:90-cv-00474-JG | MARY GAYDOS |
| 2:90-cv-00475-JG | JACK T. FOSTER |
| 2:90-cv-00476-JG | JOHN J. DEVINE |
| 2:90-cv-00477-JG | CATHARINE DEENEY |
| 2:90-cv-00478-JG | FRED C. GETZ |
| 2:90-cv-00500-JG | Joseph G. Laboon |
| 2:90-cv-00502-JG | FRANK COLAMESTRA |
| 2:90-cv-00511-JG | JANE LYONS |
| 2:90-cv-00512-JG | PHYLLIS MAILLARD |
| 2:90-cv-00513-JG | MARY A. REVAK |
| 2:90-cv-00514-JG | ADA FISHER |
| 2:90-cv-00515-JG | WILLIAM MANCINI |
| 2:90-cv-00516-JG | ALFRED R. REPLOGLE |
| 2:90-cv-00517-JG | JOHN R. CECH |
| 2:90-cv-00520-JG | Michael Myatovich |
| 2:90-cv-00522-JG | ROSE LAMENDOLA |
| 2:90-cv-00523-JG | ELIZABETH MILLIRON |
| 2:90-cv-00524-JG | JOHN KOSCO |
| 2:90-cv-00525-JG | CALVIN DiLEONARDO |
| 2:90-cv-00527-JG | HERBERT AVERHART |
| 2:90-cv-00528-JG | OBIE THURMAN |
| 2:90-cv-00529-JG | Albert M. Shriver |
| 2:90-cv-00530-JG | JOANNE BRAGG |
| 2:90-cv-00531-JG | HELEN A. WYERS |
| 2:90-cv-00557-JG | ELIZABETH KELLY |
| 2:90-cv-00558-JG | HANNAH M. LEWIS |
| 2:90-cv-00560-JG | Harvey J. Huntzinger |
| 2:90-cv-00561-JG | ELLA M. SCHWALM |
| 2:90-cv-00562-JG | LOIS L. WILLIAMS |
| 2:90-cv-00563-JG | GEORGIA SMITH |
| 2:90-cv-00564-JG | HOWARD SMITH |
| 2:90-cv-00565-JG | EDWARD F. RAFFERTY |
| 2:90-cv-00566-JG | THOMAS E. SPEARS |
| 2:90-cv-00567-JG | ROBERT JOSEPH MCMAIN |

| Case Number | Name |
|---|---|
| 2:90-cv-00568-JG | KATHRYN KELLER |
| 2:90-cv-00569-JG | Dorothy Keough |
| 2:90-cv-00570-JG | Helen Rose |
| 2:90-cv-00571-EC | GERTRUDE McROBERTS |
| 2:90-cv-00572-JG | NICHOLAS HARBIST |
| 2:90-cv-00573-JG | ROBERT R. ABRAMS |
| 2:90-cv-00574-JG | ALLINE SCHARNITZ |
| 2:90-cv-00575-JG | DOLORES G. SERENI |
| 2:90-cv-00576-JG | ELLEN PSYLLOS |
| 2:90-cv-00577-JG | ANDREW SOYKA |
| 2:90-cv-00580-JG | Diane Palumbo |
| 2:90-cv-00592-JG | JAMES E. ABBOTT |
| 2:90-cv-00599-JG | Gloria Lumio |
| 2:90-cv-00600-JG | Hilda Nowatkowski |
| 2:90-cv-00601-JG | ANN LITTLE |
| 2:90-cv-00602-JG | ROBERT R. ZABORNIAK |
| 2:90-cv-00603-JG | JAMES E. GERALD |
| 2:90-cv-00604-JG | JUDITH A. WELSH |
| 2:90-cv-00606-JG | WILLIAM BOAL |
| 2:90-cv-00609-JG | Charles J. Meisenzahl |
| 2:90-cv-00610-JG | Mary E. Donahue |
| 2:90-cv-00611-JG | GEORGE H. TAYLOR |
| 2:90-cv-00614-JG | CHARLES W. QUINN |
| 2:90-cv-00616-JG | ETHEL LEWIS |
| 2:90-cv-00617-JG | FRANK GIBSON |
| 2:90-cv-00618-JG | Alfreda Wicker |
| 2:90-cv-00631-JG | EDITH MAYER |
| 2:90-cv-00632-JG | RALPH SIMS |
| 2:90-cv-00633-JG | HENRY HIGUCHI |
| 2:90-cv-00634-JG | CARRIE MANSI |
| 2:90-cv-00635-JG | CHARLES P. MCLAUGHLIN |
| 2:90-cv-00663-JG | MARGARET DAMIANI |
| 2:90-cv-00664-JG | ANOINETTE CONOVER |
| 2:90-cv-00665-JG | FRANCIS WALSH |
| 2:90-cv-00666-JG | THOMAS FURLONG |
| 2:90-cv-00667-JG | HELEN MULDOWNEY |
| 2:90-cv-00670-JG | Stanley Smith |
| 2:90-cv-00691-JG | ELLEN PASQUITO |
| 2:90-cv-00695-JG | JESSE R. HEPLER |
| 2:90-cv-00696-JG | WALTER HIMMELBERGER |
| 2:90-cv-00697-JG | ETHEL M. SILCOTT |
| 2:90-cv-00698-JG | David D. Love |
| 2:90-cv-00699-JG | Harle H. Brooks |
| 2:90-cv-00700-JG | Anne C. Connor |
| 2:90-cv-00702-JG | HARRY LEVI |
| 2:90-cv-00736-JG | CONRAD BARTHOLOMEW |
| 2:90-cv-00737-JG | ELMER CORYELL |
| 2:90-cv-00771-JG | JOHN L. PRECHEK |
| 2:90-cv-00778-JG | ROBERTA CEPHAS |
| 2:90-cv-00779-JG | SARAH M. HEHL |
| 2:90-cv-00784-JG | EUGENE ROSCHEL |
| 2:90-cv-00844-JG | JOSEPH ARKOTYN |
| 2:90-cv-00845-JG | ANNA BURN |

| | |
|---|---|
| 2:90-cv-00846-JG | CAESAR RASPA |
| 2:90-cv-00847-JG | HARRY R. ZIMMERMAN |
| 2:90-cv-00853-JG | WILLIAM JOHNSON |
| 2:90-cv-00854-JG | JOHN J. SCOTT |
| 2:90-cv-00865-JG | GEORGE G. BENNETT |
| 2:90-cv-00866-JG | FRANCES BERON |
| 2:90-cv-00867-JG | ANNA M. BOYER |
| 2:90-cv-00868-JG | Elizabeth H. Buckwalter |
| 2:90-cv-00869-JG | Emil D. Cesanek |
| 2:90-cv-00870-JG | Carol A. Cooper |
| 2:90-cv-00871-JG | ELMIRA DAVIDSON |
| 2:90-cv-00872-JG | EARL DAVIS |
| 2:90-cv-00873-JG | HENRY J. DERIX |
| 2:90-cv-00874-JG | JOHN R. GALLAGHER |
| 2:90-cv-00875-JG | FRANKLIN ALBERT HEIN |
| 2:90-cv-00876-JG | ANN P. KING |
| 2:90-cv-00877-JG | GLORIA J. KRAUSE |
| 2:90-cv-00878-JG | William N. (sr) Marchionne |
| 2:90-cv-00882-JG | HARRY D. PANNELLA |
| 2:90-cv-00883-JG | ALEXANDER P POTOCZNIAK |
| 2:90-cv-00884-JG | FLORENCE M. REINERT |
| 2:90-cv-00886-JG | DOROTHY E. SCIALLO |
| 2:90-cv-00887-JG | CHARLES A. RICHARDS |
| 2:90-cv-00888-JG | Barbara A. Shine |
| 2:90-cv-00889-JG | Rose M. Sicrzega |
| 2:90-cv-00890-JG | Barbara A. Yiaski |
| 2:90-cv-00891-JG | IRENE A. YASHURA |
| 2:90-cv-00977-JG | CAROLYN M. CANNON |
| 2:90-cv-00978-JG | Amelia E. Guyer |
| 2:90-cv-00979-JG | Patricia H. Santillo |
| 2:90-cv-00980-JG | ANTHONY B. RANISZEWSKI |
| 2:90-cv-00998-JG | Marianne Hart |
| 2:90-cv-00999-JG | Audrey Destefano |
| 2:90-cv-01000-JG | Ann Wolansky |
| 2:90-cv-01012-JG | FRANCIS J. LAFFERTY |
| 2:90-cv-01016-JG | MARTIN CZARNECKI |
| 2:90-cv-01017-JG | BARBARA A. WARD |
| 2:90-cv-01020-JG | Delvin Weaver |
| 2:90-cv-01022-JG | JAMES B. WILLIAMS |
| 2:90-cv-01030-JG | Bernard Salwach |
| 2:90-cv-01042-JG | JOHN BELL |
| 2:90-cv-01044-JG | JOSEPH F. CRISPO |
| 2:90-cv-01046-JG | JEAN HART |
| 2:90-cv-01048-JG | Joseph E. Dixon |
| 2:90-cv-01074-JG | LAWRENCE WHYNO |
| 2:90-cv-01092-JG | JACK W. FRIEDHOFER |
| 2:90-cv-01093-JG | MARGARET FORD |
| 2:90-cv-01094-JG | MARTHA CUNNINGHAM |
| 2:90-cv-01095-JG | FRANK BROWN |
| 2:90-cv-01096-JG | CHARLES SHERIDAN |
| 2:90-cv-01097-JG | JOHN KRUPSKY |
| 2:90-cv-01099-JG | Eddie Mitchell |
| 2:90-cv-01101-JG | ALFRED ABRAMCZYK |

| | |
|---|---|
| 2:90-cv-01102-JG | GLORIA BARSZEWSKI |
| 2:90-cv-01103-JG | MARY COWARD |
| 2:90-cv-01104-JG | ANNA FRANKOWSKI |
| 2:90-cv-01105-JG | PAUL GARRETT |
| 2:90-cv-01106-JG | KARL JARASZ |
| 2:90-cv-01107-JG | ROBERT EMERSON |
| 2:90-cv-01115-JG | IRENE ALBERICI |
| 2:90-cv-01116-JG | CARMEN A. LAMORGIN |
| 2:90-cv-01168-JG | Annie Isaac |
| 2:90-cv-01169-JG | Michaelina Zdojewski |
| 2:90-cv-01170-JG | Eugene R. Wyatt |
| 2:90-cv-01171-JG | MARIE URBANSKI |
| 2:90-cv-01172-JG | EDMUND VISNISKIE |
| 2:90-cv-01173-JG | ARCHIE ROBINSON |
| 2:90-cv-01174-JG | CHARLES P. OLKOWSKI |
| 2:90-cv-01175-JG | ODELL CHILES |
| 2:90-cv-01176-JG | CECIL NESMITH |
| 2:90-cv-01177-JG | ANNA MELONI |
| 2:90-cv-01178-JG | Leon S. Lipiecki |
| 2:90-cv-01179-JG | Lena Langello |
| 2:90-cv-01180-JG | KATIE W. BROOKINS |
| 2:90-cv-01181-JG | FRANK J. BENNETT |
| 2:90-cv-01182-JG | GILDA BECK |
| 2:90-cv-01183-JG | CLAIRE BARRETT |
| 2:90-cv-01203-JG | MARY HEIM |
| 2:90-cv-01237-JG | WESLEY BAZAR |
| 2:90-cv-01239-JG | Alfred P. Bryk |
| 2:90-cv-01241-JG | HELEN CHUBA |
| 2:90-cv-01242-JG | DORTHY CONWAY |
| 2:90-cv-01243-JG | JOHN P. COOCH |
| 2:90-cv-01250-JG | Samuel Slavin |
| 2:90-cv-01263-JG | GLORIA BATTIS |
| 2:90-cv-01270-JG | Joseph Johnson |
| 2:90-cv-01280-JG | WILLIAM A. PHELPS |
| 2:90-cv-01288-JG | Geraldine M. Danto |
| 2:90-cv-01299-JG | Angelo A. Cileone |
| 2:90-cv-01300-JG | Joseph Geletej |
| 2:90-cv-01301-JG | HONOR LAVOIE |
| 2:90-cv-01302-JG | CAROL GEAHR |
| 2:90-cv-01303-JG | IRMA CLAUSO |
| 2:90-cv-01304-JG | RICHARD QUARTERMUS |
| 2:90-cv-01305-JG | Claire Crispin |
| 2:90-cv-01306-JG | DONNA ALLEN |
| 2:90-cv-01307-JG | CHARLES DALLAM |
| 2:90-cv-01315-JG | MARGARET BRIGHT |
| 2:90-cv-01317-JG | JOSEPH BROWN |
| 2:90-cv-01318-JG | Guy L. Devono |
| 2:90-cv-01319-JG | Brigit Irby |
| 2:90-cv-01321-JG | JOSEPH KUBIAK |
| 2:90-cv-01322-JG | SHERMAN LYLES |
| 2:90-cv-01323-JG | CAROL NESMITH |
| 2:90-cv-01324-JG | MARY PHYLIS O'DONNELL |
| 2:90-cv-01325-JG | ELIJAH REED |
| 2:90-cv-01326-JG | PATRICIA STRICKLAND |
| 2:90-cv-01327-JG | JANE WIERZBICKI |

| Case Number | Name |
|---|---|
| 2:90-cv-01328-JG | Barbara Zampogna |
| 2:90-cv-01344-JG | HARRIET PETRONE |
| 2:90-cv-01376-JG | PHILLIP J. BRONICO |
| 2:90-cv-01377-JG | ELINOR HENKELS |
| 2:90-cv-01378-JG | Joseph D. MacIel |
| 2:90-cv-01379-JG | Angelo Filo |
| 2:90-cv-01380-JG | William Campbell |
| 2:90-cv-01387-JG | DOLORES DAULERIO |
| 2:90-cv-01391-JG | CATHERINE SKOLSKY |
| 2:90-cv-01392-JG | ALEXANDER EGGLESTON |
| 2:90-cv-01393-JG | WILLIAM J. KELSO |
| 2:90-cv-01394-JG | FRANCIS J. GRONCZEWSKI |
| 2:90-cv-01395-JG | CONCETTA MELCHIORRE |
| 2:90-cv-01396-JG | ELIZABETH GRIFFO |
| 2:90-cv-01397-JG | Joann Ferrell |
| 2:90-cv-01398-JG | Robert B. King |
| 2:90-cv-01418-JG | Irving Wander |
| 2:90-cv-01446-JG | ANNA BEATRICE |
| 2:90-cv-01455-JG | CAROLYN L. GUTH |
| 2:90-cv-01456-JG | CHARLES TATU |
| 2:90-cv-01457-JG | CLOTHILDE SYPINSKI |
| 2:90-cv-01494-JG | MATTHEW J. SADOWSKI |
| 2:90-cv-01547-JG | GEORGE F. WINTHRUP |
| 2:90-cv-01548-JG | Jiles (sr) Griffin |
| 2:90-cv-01553-JG | EDITH VIERECK |
| 2:90-cv-01557-JG | CHARLES GREENLEAF |
| 2:90-cv-01561-JG | LEON PULLEY |
| 2:90-cv-01562-JG | JANICE MC MAHON |
| 2:90-cv-01563-JG | JENNIE FUSARO |
| 2:90-cv-01573-JG | EARNEST TRAINER |
| 2:90-cv-01590-JG | Angelo Martino |
| 2:90-cv-01591-JG | MICHAEL W. PALUMBO |
| 2:90-cv-01592-JG | MERTON KERR |
| 2:90-cv-01593-JG | ROSE HIGGINS |
| 2:90-cv-01594-JG | CHARMAINE BOYLE |
| 2:90-cv-01628-JG | Joseph L. Rhoades |
| 2:90-cv-01629-JG | John F. Boyle |
| 2:90-cv-01630-JG | RUTH G. ARMSTRONG |
| 2:90-cv-01633-JG | THOMAS HARGEST |
| 2:90-cv-01634-JG | SHERI ZUPPO |
| 2:90-cv-01635-JG | MARIE IMBESI |
| 2:90-cv-01636-JG | JOHN R. KAUFFMAN |
| 2:90-cv-01637-JG | ALBERT GENTHERT |
| 2:90-cv-01638-JG | George Alrich |
| 2:90-cv-01639-JG | Diane McKinley |
| 2:90-cv-01640-JG | James B. Cunningham |
| 2:90-cv-01641-JG | ANNA PETRICCIONE |
| 2:90-cv-01642-JG | ANNA MASON |
| 2:90-cv-01643-JG | CLARE WERBA |
| 2:90-cv-01644-JG | LOUIS BROWN |
| 2:90-cv-01645-JG | ADAM FOLTZ |
| 2:90-cv-01646-JG | PATRICIA ANNE WILSON |
| 2:90-cv-01647-JG | JAMES J. HARKINS |
| 2:90-cv-01669-JG | Ann Elizabeth Krally |
| 2:90-cv-01687-JG | JOHN COSBY |

| Case Number | Name |
|---|---|
| 2:90-cv-01721-JG | ANDREW J. TAKACH |
| 2:90-cv-01722-JG | JOHN J. KELLY |
| 2:90-cv-01732-JG | LINDA M. ZAFFARY |
| 2:90-cv-01733-JG | JEAN SHOLLENBERGER |
| 2:90-cv-01734-JG | JOHN KUSHALL |
| 2:90-cv-01735-JG | JOHN R. HOLT |
| 2:90-cv-01736-JG | MICHAEL HATZ |
| 2:90-cv-01737-JG | JOSEPH FRANCESCO |
| 2:90-cv-01738-JG | Andrew A. Steficek |
| 2:90-cv-01740-JG | Cecelia Fantom |
| 2:90-cv-01749-JG | Joann Braim |
| 2:90-cv-01750-JG | Daniel Sellers |
| 2:90-cv-01751-JG | JOHN CARPENTER |
| 2:90-cv-01784-JG | CARRIE WELLS |
| 2:90-cv-01785-JG | STANLEY WATSON |
| 2:90-cv-01792-JG | DOROTHY B. CHERUBINI |
| 2:90-cv-01823-JG | HELEN M. DULLARD |
| 2:90-cv-01824-JG | JOSEPH T. TATE |
| 2:90-cv-01835-JG | ANGELA MCBRIDE |
| 2:90-cv-01846-JG | EDWARD M. RYKACZEWSKI |
| 2:90-cv-01940-JG | Dolores Park |
| 2:90-cv-01942-JG | MICHAEL VERRECCHIA |
| 2:90-cv-01943-JG | FRED JONES |
| 2:90-cv-01944-JG | JOHN YOUNG |
| 2:90-cv-01961-JG | THOMAS BYRD |
| 2:90-cv-01962-JG | CHARLES VOSO |
| 2:90-cv-01963-JG | HOWARD BERARDO |
| 2:90-cv-01981-JG | ELLA YARBROUGH |
| 2:90-cv-01989-JG | Catherine S. Vagasky |
| 2:90-cv-02014-JG | GEORGE ACHILLES |
| 2:90-cv-02015-JG | CATHERINE PANCOAST |
| 2:90-cv-02022-JG | ELIZABETH J. MIRRA |
| 2:90-cv-02108-JG | John T. Reilly |
| 2:90-cv-02109-JG | Charles Mascio |
| 2:90-cv-02110-JG | Bernard J. Goldschmidt |
| 2:90-cv-02111-JG | GLEN A. DYMOND |
| 2:90-cv-02112-JG | EDITH PIREE |
| 2:90-cv-02113-JG | ELIZABETH SELLERS |
| 2:90-cv-02133-JG | GERALD F. WYNCOOP |
| 2:90-cv-02154-JG | ELLIS GHEE |
| 2:90-cv-02156-JG | DORA LISS |
| 2:90-cv-02173-JG | DARA TAGLIALATELA |
| 2:90-cv-02177-JG | LAWRENCE STONE |
| 2:90-cv-02189-JG | Eunasy T. McCain |
| 2:90-cv-02212-JG | THOMAS M. GRANT |
| 2:90-cv-02213-JG | EVELYN C. McFALLS |
| 2:90-cv-02219-JG | Rose Messina |
| 2:90-cv-02220-JG | Nancy Johnson |
| 2:90-cv-02226-JG | FLORENCE MACDOUGALL |
| 2:90-cv-02228-JG | Joseph Coyle |
| 2:90-cv-02229-JG | STEVEN B FINK |
| 2:92-cv-04146-JG | JEANETTE DUNLAP |
| 2:92-cv-04147-JG | RUTH D. ROWAN |
| 2:92-cv-04148-JG | ALVIN J. WILE |
| 2:92-cv-04230-JG | BONNIE DOWNS |
| 2:92-cv-04461-JG | CLYDE F. DODSON |